DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff MetLife Home Loans, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| METLIFE HOME LOANS, LLC,<br><br>                    Plaintiff,<br>vs.<br><br>DUCK CREEK VILLAGE HOMEOWNERS ASSOCIATION,<br><br>                    Defendant. | Case No.:     2:16-cv-02887-RFB-NJK<br><br>**STIPULATED JUDGMENT** |

Plaintiff Metlife Home Loans, LLC (**Plaintiff**) and Defendant Duck Creek Village Homeowners Association (**Duck Creek**) (collectively, the **Parties**) hereby stipulate and agree as follows:

1.     On or about December 13, 2011, Duck Creek purchased a purported interest in the property commonly known as 5375 Shake Court, #101, Las Vegas, Nevada 89122 APN 161-27-310-025 (the **Property**) at an HOA foreclosure sale (the **HOA Foreclosure Sale**) conducted by Duck Creek as evidenced by the Trustee's Deed Upon Sale recorded on January 13, 2012 as Instrument No. 201201130000819.

2.     The Parties stipulate and agree that Duck Creek received from the HOA Foreclosure Sale title to the Property encumbered by Plaintiff's deed of trust, which was recorded on March 19, 2009, in the Official Records of Clark County, Nevada, as Instrument No. 20090319-0000540 (the **Deed of Trust**).

…

3. The Parties stipulate and agree that the Deed of Trust remains a valid and enforceable lien against the Property.

4. The Parties stipulate and agree that the Deed of Trust is the senior lien encumbering the Property.

5. Plaintiff therefore agrees that the entry of this Stipulated Judgment fully resolves Plaintiff's claims in this action. Plaintiff agrees to dismiss with prejudice any remaining claims that were brought or that could have been brought in the above-captioned matter.

6. This judgment may be recorded in the property's land records by either party.

7. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 13th day of November, ~~2016~~. 2017.

| AKERMAN LLP | BOYACK ORME & ANTHONY |
|---|---|
| /s/ Bar No. 12016 | /s/ |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for MetLife Home Loans, LLC* | CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>7432 W. Sahara Avenue. Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorney for Duck Creek Homeowners Association* |

**IT IS SO ORDERED.**

/s/
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of December, 2017.

2